ZACHARY CANTOR (SBN 270507)
CANTOR LAW
1112 Montana Avenue, Suite C
Santa Monica, CA 90403
T.   310.393.6620
F.   310.393.6680
E.   Zachary@CantorLawyers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANJALI BARZ, an Individual;**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SERENA & LILY, INC., a Delaware Corporation; EMILY COOPER, an Individual; LORI GREELEY, an Individual;**<br><br>**Defendants.** | **CASE NO. 3:23-cv-05531**<br><br>**NOTICE OF DISMISSAL OF THE ENTIRE CASE** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses the entire case. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: April 7, 2024          CANTOR LAW

By:   /s/ Zachary Cantor
ZACHARY CANTOR, ESQ.,
Attorney for Plaintiff

1
**NOTICE OF DISMISSAL OF THE ENTIRE CASE**

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1112 Montana Avenue, Suite C, Santa Monica, CA 90403

On April 7, 2024, I served true copies of the following document(s) described as
**NOTICE OF DISMISSAL OF THE ENTIRE CASE**

**BY ELECTRONIC SERVICE:** I electronically served the document(s) to the person(s) shown below by the court's CM/ECF electronic system to the address shown below:

Richard S. Falcone, Bar No. 095265
rfalcone@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California  92612
Telephone:      949.705.3000
Fax No.:         949.724.1201

Summer E. Mielke, Bar No. 341664
smielke@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, California  95113.2431
Telephone:      408.998.4150
Fax No.:         408.288.5686

Attorneys for Defendants
SERENA & LILY, INC.
EMILY COOPER
LORI GREELEY

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 7, 2024, in Los Angeles, California.

/s/ Zachary Cantor
Zachary Cantor

2
**NOTICE OF DISMISSAL OF THE ENTIRE CASE**